AO 91 (Rev. 11/11) Criminal Complaint

FILED
MAR 1 8 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Luis GONZALEZ<br>*Defendant(s)* | )<br>)<br>) Case No. EP-22-mj-550 LS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 17, 2022__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received consent to reapply for admission from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*
Victor Muñoz
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: March 18, 2022

City and state: El Paso, Texas

*Judge's signature*
Leon Schydlower
United States Magistrate Judge

Oath Telephonically Sworn
At 10:57 AM
Fed.R.Crim.P. 4.1(b)(2)(A)

## FACTS

On or about March 17, 2022, the DEFENDANT, Jose Luis GONZALEZ, a native and citizen of Mexico, applied for admission into the United States from Mexico through pedestrian at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

Customs and Border Protection Officer (CBPO) Macias asked the DEFENDANT for his entry documents. The DEFENDANT was not in possession of any documents and provided and oral declaration to United States citizenship. CBPO Macias asked the DEFENDANT to write his name and date of birth to which he complied. The DEFENDANT provided the name of another person bearing the initials of W.B with DOB: 03/29/87 and represented himself to be such person. CBPO Macias asked the DEFENDANT where he lived and the purpose of his trip in Mexico. The DEFENDANT stated he lived in Canutillo, Texas on second street and had been visiting his mother for a year and a half in Juarez. CBPO Macias suspected the DEFENDANT was a possible false claim to United States citizenship and referred him to Passport Control Secondary for further inspection.

In PCS the DEFENDANTS fingerprints were digitally scanned which revealed his true name and citizenship of Mexico. The DEFENDANT was found to have been previously removed from the United States to Mexico on or about September 29, 2011. The DEFENDANT was served with form I-214 Warning of Rights in the Spanish version, in which he signed claiming to have understood, invoking his right to the benefit of counsel. All questioning was ceased

Database records indicate the DEFENDANT has not applied for, nor received permission from the U.S. Attorney General or the Secretary of Homeland Security to reapply for admission into the United States. The DEFENDANT is not in possession of any legal documents with which to enter, reside or to be lawfully employed in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

### CRIMINAL / ARREST RECORD

Extensive History

Warrant For Probation Violation (Des Plaines, IL.)

### IMMIGRATION RECORD

09/29/11 Removed to Mexico (New Orleans, LA.)
03/10/06 Removed to Mexico (El Paso, TX.)